Suzanne C. Leidner, Esq.  (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:   SCLeidner@sbcglobal.net

Counsel for Plaintiff Anjela Khalafian

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANJELA KHALAFIAN,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

No. CV 08  7008 AGR

ORDER AWARDING
EAJA FEES

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees,  Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees   under EAJA in the amount THREE THOUSAND NINE HUNDRED DOLLARS and 00/cents ($3,900.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced  Stipulation.

Dated: July 11, 2009

*alicia G. Rosenberg*

ALICA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-